■ In the Matter of BLANCA MERCED, Respondent, v LOUIS RAIFORD, JR., as Chief of Police of the New York City Housing Authority, et al., Appellants.—Order and judgment (one paper), Supreme Court, New York County (Bruce McM. Wright, J.), entered on July 8, 1991, unanimously affirmed for the reasons stated by Wright, J., without costs and without disbursements. No opinion. Concur—Carro, J. P., Ellerin, Kupferman and Asch, JJ.

■ In the Matter of LATIN DRUGS, INC., Appellant, v CESAR A. PERALES, Individually and as Commissioner of Social Services of the State of New York, Respondent.—Judgment, Supreme Court, New York County (Kristin Booth Glen, J.), entered on October 31, 1991, unanimously affirmed for the reasons stated by Glen, J., without costs and without disbursements. No opinion. Concur—Carro, J. P., Ellerin, Kupferman and Asch, JJ.